UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61003-CIV-SMITH/REID

GO GLOBAL TRADING & CONSULTING,
LTD.,

    Plaintiff,
vs.

V10 GLOBAL LOGISTICS & TRADING
CORP., *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Findings of Fact and Conclusions of Law [DE 127], in which she recommends granting Plaintiff's request for relief under section 56.29(6), Florida Statutes. The Report and Recommendation further recommends that: all property described in the table in paragraph 27[1] of the Report and Recommendation be adjudged as transfers by Defendant V10 Global Logistics & Trading Corp. to the specified transferees for the purpose of delaying, hindering, and defrauding Plaintiff; that this Court order all such transfers to be void; that this Court permit Plaintiff to recover those assets and the proceeds thereof from the transferees; and that the Clerk of Court be ordered to issue such writs of levy and/or garnishment as Plaintiff may request. Having reviewed the Report and Recommendation *de novo* and given that no objections have been filed, it is

---

[1] The Report and Recommendation refers to paragraph 31. This is a typographical error; instead, the reference should be to paragraph 27.

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation on Findings of Fact and Conclusions of Law [DE 127] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order, with the exception that the reference to paragraph 31 in the Conclusion is changed to paragraph 27.

2) It is hereby adjudged that all property described in the table in paragraph 27 of the Report and Recommendation as transfers by Defendant V10 Global Logistics & Trading Corp. to the specified transferees were made for the purpose of delaying, hindering, and defrauding Plaintiff.

3) All transfers described in paragraph 27 of the Report and Recommendation are VOID and Plaintiff may recover those assets and the proceeds thereof from the transferees.

4) The Clerk shall issue such writs of levy and/or garnishment as Plaintiff may request in accordance with this Order.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 21st day of August, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record